## Ex parte TOALSON.
### No. 25988.

Court of Criminal Appeals of Texas.
Oct. 29, 1952.

162

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

This is an appeal from an order of the Criminal District Court of Harris County refusing to discharge appellant on his application for writ of habeas corpus and remanding him to the custody of the Sheriff, with instructions to deliver him to the agent of the demanding state.

No statement of facts accompanies the record, and no bills of exception are found therein.

The proceedings being in all things regular and no errors appearing, the judgment is affirmed.